# File Hashes for IP Address 76.112.100.46

**ISP:** Comcast Cable
**Physical Location:** Canton, MI

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 07/16/2013 20:58:27 | 4CBEF4AA6436D5DB9D2BC09CDDB8189B8D08F1F1 | Leila Faye Awesome Threesome |
| 07/16/2013 20:56:48 | 7CDB4F9E2870FA5987DB601BF311EB1E13B826AE | I Love X Art |
| 07/16/2013 20:44:54 | 90CA238A1DDEC0A42A1062BEC529F5D8D563EE26 | Simply Stunning |
| 07/16/2013 20:27:55 | 6129AA73B0B3AAEEFC5196F9CF86FADE1BD2FC8C | Truth or Dare |
| 04/13/2013 03:24:43 | E52F3EF3AE1909D8846DDA073D524E5EC7519895 | Mad Passion |
| 04/13/2013 03:24:04 | B5A57CD035598D39FD3552354C196C2CD9EB1E35 | Red Satin |
| 04/13/2013 03:22:59 | 0F5C5EE804EFAC99EAAFCD34D3D1EB82521B90A1 | Apartment Number Four |
| 04/13/2013 02:59:30 | 229D233BDEBFCB6186E189C9B1B9FB3951855745 | After Hours |
| 12/11/2012 16:34:46 | F16068977477F8D04C729B0B4B897426D5E5F995 | Kristen Girl Next Door |
| 12/10/2012 21:54:33 | 2CB00C235792C6D9BF5EFD3373043B163AAB2F03 | Young and Hot |
| 12/10/2012 21:53:31 | D4910A575283A5F7686A90F4DEF9B48E85D33E71 | Three for the Show |
| 11/30/2012 16:47:41 | E92C7BB85F55AF1591B7F25E56C76ED9E595A9D3 | Heart and Soul |
| 11/30/2012 16:47:39 | 252041C5BEC3C63B2396297E7089689AF35F9A10 | Coucher Avec une Autre Fille |
| 11/30/2012 16:47:01 | 2F9072DFA4B3679949D33C3FFCE209A702155F10 | Pure Grace |
| 11/30/2012 16:41:05 | 5E450C2DE92CE136969B2E9840C7839D800F1289 | Unbelievably Beautiful |
| 10/30/2012 16:30:24 | DF55C4415BD1DDB2DAE91139804053B35B33BBA1 | Morning Memories |
| 10/30/2012 16:25:57 | 1FA2BFA906342B360BBB52CB645F94CD19B3FF4E | Black Lingerie Bliss |
| 10/30/2012 16:19:27 | 73D2A617D53196F98228F2629497720ADBBC6CED | Young Passion |
| 08/27/2012 16:22:18 | C0BAB6F898A8CACBF7E221D1E15076A75869656D | Morning Tryst |
| 08/27/2012 16:20:19 | 59B055030FECE5E3D821B0DA42E9B35F02632B31 | Connie True Love |
| 07/07/2012 02:25:53 | 3C80887ED171F1D026BCA9014151A9A831BDC7A7 | Happy Couple |
| 06/24/2012 04:42:00 | 4706491E8D3A2D21A3BCCC444F08E25E3D93B926 | Fucking Perfection |

EXHIBIT A

NEMI132

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/24/2012 04:40:47 | 661F6B7C4BB43CFDCF04B5F2922162C481DCB878 | California Dreams |
| 06/24/2012 04:36:14 | 1E5C04AC11C00781AB7A77019D6A8D9A31111DAE | On My Own |
| 06/15/2012 05:32:57 | B9FEB049859ABFD26080D87A94FD86B89504A2FA | Wild at Heart |
| 06/15/2012 05:32:21 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 |
| 06/15/2012 05:30:11 | 9CA481711F4532C0AC8CBFD3BA22A74D1EF205E2 | Romantic Memories |
| 06/15/2012 05:27:29 | 876A6002846905E3039389E86AD0EC0F287E05BE | Tiffany Sex with a Supermodel |
| 06/14/2012 22:29:29 | B17E6CBB71FF9E931ED034CFC5EC7A3B8F29BB1E | Pretty Back Door Baby |
| 06/03/2012 06:41:48 | A2B241910AF054A2952F534471357539F786F52A | Leila Last Night |
| 06/03/2012 06:40:38 | A91CEA091431E6EC81A953896D8C2814EA4330E5 | One Night Stand |
| 06/03/2012 06:39:45 | 35182C076CEE395A090F8C1B33A77A4FB88DE229 | Katka Cum Like Crazy |
| 06/02/2012 15:11:58 | EF962ECC5267B3E8C88D9C611FC159F4A4D97EF8 | Lunchtime Fantasy |

**Total Statutory Claims Against Defendant: 33**

EXHIBIT A

NEMI132